# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2214. VILLANI v. NATIONWIDE MUTUAL FIRE INS. CO.**

On June 8, 2012, we remanded Case Number A12A1130, *Villani v. Nationwide Mutual Fire Insurance Company*, for the trial court clerk to supplement the appellate record with certain documents. In our order of remand, we noted that, "When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23."

The trial court clerk re-transmitted the appellate record, which was re-docketed in this Court on July 5, 2012. Court of Appeals Rule 23 (a) provides that appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may subject the appeal to be dismissal. Court Rule 23 (a) also provides that any motion for extension of time to file appellant's brief and enumeration of errors must be filed before the date the documents are due or the Court may dismiss the appeal. *Smith v. R. James Properties, Inc.*, 292 Ga. App. 317 (665 SE2d 19) (2008).

The appellant's brief was due on July 25, 2012. As of the date of this order, appellant has not filed an appellate brief or a motion for extension of time to file such documents. Accordingly, this appeal is ordered DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>11/20/2012</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*